# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

ROBERT LEE NORRIS,

        Plaintiff,    :    Case No. 3:11-cv-204

  - vs -    :    District Judge Thomas M. Rose
                                           Magistrate Judge Michael R. Merz

OHIO DEPARTMENT OF    :
REHABILITATION AND CORRECTIONS,
                                           :
        Defendant.
                                           :

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #6), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

It is hereby ORDERED that the complaint is DISMISSED without prejudice for want of jurisdiction over the first claim and want of personal jurisdiction of the custodian on the second claim. The case is TERMINATED on the docket of this Court.

July 14, 2011.                              ***s/THOMAS M. ROSE***

                                                                          Thomas M. Rose
                                                                  United States District Judge